# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Suzanne B. Gervais

                V.                          **JUDGMENT IN A CIVIL CASE**

Ameican Express Centurion Bank

                                       **CASE NUMBER:**    10cv1712-LAB(AJB)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the defendant's motion to dismiss is granted and the case is dismissed with prejudice.......................

| November 30, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson
(By) Deputy Clerk

ENTERED ON November 30, 2010

10cv1712-LAB(AJB)